IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No. 05-40662-kw |
| | ) | Northern District of Ohio – Eastern Division |
| TIMOTHY MOTICHKO AND CYNTHIA | ) | |
| MOTICHKO | ) | |
| | ) | Chapter 7 |
| Debtors | ) | |
| _____ | ) | Judge Kay Woods |
| | ) | |
| TIMOTHY MOTICHKO AND CYNTHIA | ) | |
| MOTICHKO | ) | |
| | ) | |
| Plaintiffs | ) | Adversary Proceeding No. 08-04055 |
| -vs- | ) | |
| | ) | |
| PREMIUM ASSET RECOVERY CORP. | ) | |
| | ) | |
| Defendant | ) | |

1

## <u>MOTION TO DISMISS</u>

Now comes the Defendant, Premium Asset Recovery Corp., by and through undersigned counsel, and pursuant to Federal Rule of Bankruptcy Procedure 7012(b) and Federal Rule of Civil Procedure 12(b)(1) and (6), move to dismiss the Plaintiff's Complaint for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted. The grounds for this motion are more fully set forth in the Memorandum of Law filed contemporaneously herewith.

Respectfully submitted,

/s/ Stephen M. Bales

_____

STEPHEN M. BALES (0003380)
JEFFREY L. KOBERG (0047386)
ZIEGLER, METZGER & MILLER LLP
2020 Huntington Building
925 Euclid Avenue
Cleveland, Ohio 44115-1441
Phone: (216) 781-5470
Fax: (216) 781-0714
sbales@zieglermetzger.com
jkoberg@zieglermetzger.com
*Attorneys for Premium Asset Recovery Corp.*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 7, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.  A  true and accurate copy of said pleading was also served upon the following by ordinary U.S. Mail:

Philip D. Zuzolo, Esq.
Zuzolo, Zuzolo, Zuzolo & Zuzolo
700Youngstown-Warren Road
Niles, Ohio 44446

Mr. and Mrs. Timothy Motichko
108 Morrison Street
Struthers, Ohio 44471

Office of the United States Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, Ohio 44114

Michael D. Buzulencia, Esq.
150 East Market Street, Suite 300
Warren, Ohio 44481


<u>/s/ Stephen M. Bales</u>

3